## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SKYLER KIRKPATRICK**  **PLAINTIFF**
**#44300**

v.       Case No. 4:24-CV-00419-LPR

**DOES**       **DEFENDANTS**

### ORDER

Plaintiff Skyler Kirkpatrick filed this *pro se* action without paying the $405 filing fee or submitting an application to proceed *in forma pauperis*.[1]  On June 13, 2024, the Court instructed Mr. Kirkpatrick that, to proceed with this action, he must either pay the filing fee or submit a proper and complete application to proceed *in forma pauperis* within 45 days.[2]  The Court warned Mr. Kirkpatrick that failure to comply with the Order would result in the dismissal of his case pursuant to Local Rule 5.5(c)(2).[3]

Mr. Kirkpatrick has not complied with or otherwise responded to the June 13, 2024 Order, and the time for doing so has passed.  Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*.  Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 9th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE