**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SKYLER KIRKPATRICK**                                                                    **PLAINTIFF**
**#44300**

**v.**                                        **Case No. 4:24-CV-00419-LPR**

**DOES**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED

without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE